IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID LARSON, et al. ) <br> ) <br> Plaintiffs, ) <br> ) <br> vs. ) <br> ) <br> CENTRAL INTELLIGENCE AGENCY, ) <br> et al., ) <br> ) <br> Defendants. ) <br> _____ ) | Case No. 1:10-cv-01774 OWW JLT <br><br> ORDER WITHDRAWING FINDINGS AND RECOMMENDATIONS DENYING DEFENDANT BAKER'S MOTION TO PROCEED IN FORMA PAUPERIS <br><br> (Doc. 16) |

The Findings and Recommendations dated February 17, 2011 (Doc. 16), issued in error, are hereby WITHDRAWN.

IT IS SO ORDERED.

Dated:  **March 4, 2011**                              **/s/ Jennifer L. Thurston**
                                                                          UNITED STATES MAGISTRATE JUDGE